UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARGARET BROOKS,

Plaintiff,

v.

CROWLEY FLECK, et al.,

Defendants.

No.  2:25-cv-3278-DJC-SCR

ORDER

Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On February 9, 2026, the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  ECF No. 5.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 9, 2026 (ECF No. 5) are

1

adopted in full;

2. This action is DISMISSED WITHOUT PREJUDICE for improper venue and lack of personal jurisdiction; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 27, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2